UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,         NO. CR-05-2017-EFS

          v.                           **FINAL FORFEITURE ORDER**

DON N. MARTIN, JR.,

                    Defendant.

          WHEREAS, on December 6, 2006, the Court entered a Preliminary Order of Forfeiture under 18 U.S.C. § 2253, preliminarily forfeiting the following personal property to the United States:

          (1)   one Gateway 2000 computer tower, serial number 5215409;

          (2)   one Premio computer tower, serial number 9700052756;

          (3)   one Dell Inspiron laptop computer, model # PP01X, serial number CN-03N64212861-224-7140;

          (4)   one unmarked computer tower with no identifiable exterior serial number;

          (5)   one ADS technologies DVD R/RW drive;

          (6)   three (3) ADS Technologies hard drives;

          (7)   one Belkin UPS, serial number 20104837480W6;

          (8)   two (2) Maxtor hard drives, serial numbers Y62LTK3E, and Y43XGYJE;

ORDER * 1

(9)   five (5) 3.5" floppy disks;

(10) 675 compact disks; and

(11) 120 3.5" floppy disks.

WHEREAS Defendant DON N. MARTIN, JR.'S interest in the personal property described above was forfeited to the United States under the plea agreement and judgment filed herein.

WHEREAS 18 U.S.C. § 2253(m) and Federal Rule of Criminal Procedure 32.2 require the resolution of all third-party claims to the property in the Final Forfeiture Order.

On December 21 and 28, 2006, and again on January 4, 2007, the Notice of Preliminary Order of Forfeiture was published in the Daily Sun News, a newspaper of general circulation in Yakima County, Washington, which notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the real property described above.  This thirty (30) day period expired on February 5, 2007.

It appears to the Court that Defendant DON N. MARTIN, JR.'S interest has been resolved by the plea agreement and judgment filed herein.

It also appears to the Court that no other timely petitions have been made claiming an interest in the personal property.

Accordingly, **IT IS HEREBY ORDERED:** The personal property described herein is hereby condemned and forfeited to the United States of America and no interest shall exist in any other person.  Because all claims to the subject property have been addressed, the United States Marshals shall dispose of the forfeited property in accordance with law.

ORDER * 2

1      **IT IS SO ORDERED**.  The District Court Executive is directed to enter

2  this Order and to provide copies to counsel.

3      DATED this    4th    day of March, 2008.

4

5                                s/Edward F. Shea

                                      EDWARD F. SHEA

6                United States District Judge

7  Q:\Criminal\2005\2017.Final.Forfeiture.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER * 3