PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Don N. Martin          Case Number: 0980 2:05CR02017-001

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 22, 2006          Type of Supervision: Supervised Release

Original Offense: Receipt and Distribution of Child          Date Supervision Commenced: February 21, 2012
Pornography, 18 U.S.C. § 2252A(a)(2)(A)

Original Sentence: Prison - 108 M; TSR - 84 M          Date Supervision Expires: February 20, 2019

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

28    **Special Condition #28**: The defendant may have unsupervised contact with his stepson and his unborn
child, who is due in late November 2014.

**Supporting Evidence**: The defendant has completed sex offender treatment and his polygraphs have
indicated the defendant has remained compliant with his conditions of supervision. The treatment provider
indicates the defendant was able to identify the contributors to his offense behavior, potential high risk
situations (those that could increase the potential for an offense) and self-intervention skills to avoid re-
offense.

## CAUSE

Based on the information offered by the treatment provider and Mr. Martin's compliance with all aspects of
supervision, this officer respectfully requests the Court concur with the addition of the noted condition.

Respectfully submitted,

by          s/Stephen Krous

Stephen Krous
U.S. Probation Officer
Date: October 1, 2014

Prob 12B
**Re: Martin, Don N**
**October 1, 2014**
**Page 2**

THE COURT ORDERS

[  ]     No Action
[  ]     The Extension of Supervision as Noted Above
[ X ]    The Modification of Conditions as Noted Above
[  ]     Other

_____
Signature of Judicial Officer

_____October 2, 2014_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

        I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

        I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

28    **Special Condition #28**: The defendant may have unsupervised contact with his stepson and his unborn child, who is due in late November, 2014.

    **Supporting Evidence**: The defendant has completed sex offender treatment and his polygraphs have indicated the defendant has remained compliant with his conditions of supervision.  The treatment provider indicates the defendant was able to identify the contributors to his offense behavior, potential high risk situations (those that could increase the potential for an offense), and self-intervention skills to avoid re-offense.

Witness: _____    Signed: _____
           Stephen Krous                       Don N Martin
     U.S. Probation Officer             Probationer or Supervised Releasee

_____
1 Oct 14
Date